UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* DEVYN TAYLOR,<br><br>        Plaintiff,<br><br>      -v-<br><br>STEFANO MARONI, GMI USA CORP., and BELOVEFINE, LTD.,<br><br>        Defendants.<br><br>UNITED STATES OF AMERICA,<br><br>        Plaintiff-Intervenor,<br><br>      -v-<br><br>STEFANO MARONI, GMI USA CORP., and BELOVEFINE, LTD.,<br><br>        Defendants. | 23 Civ. 2159 (JHR)<br><br>[PROPOSED]<br>**UNSEALING ORDER** |

  WHEREAS, by notice dated December 6, 2024, pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), the United States of America intervened in the above-captioned *qui tam* action against defendants Stefano Maroni, GMI USA Corp., and Belovefine, Ltd.,

  IT IS HEREBY ORDERED that:

  1. The seal shall be lifted as to this Order and any matter occurring in this action on or after the date of this Order.

  2. All documents submitted in this action before the date of this Order shall remain under seal and shall not be made public, except to the extent the seal was partially lifted pursuant to the Court's prior Order dated May 15, 2024, and except as provided for in Paragraph 3 below.

3. The seal shall be lifted as to:

   a. The United States' Notice of Election to Intervene;

   b. The United States' Complaint-in-Intervention;

   c. The Stipulation and Order of Settlement and Dismissal entered into by (i) the United States; (ii) defendant Stefano Maroni; and (iii) the Relator;

   d. The Consent Judgment in favor of the United States and against defendant Stefano Maroni (attached as Exhibit A to the Stipulation and Order of Settlement and Dismissal);

   e. The Stipulation and Order of Settlement and Release Between the United States and Relator; and

   f. The Relator's Complaint.

Dated: December 9, 2024
New York, New York

SO ORDERED:

*Jennifer H. Rearden*
HON. JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE