UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA *ex rel.* DEVYN
TAYLOR,

                           Plaintiff,

        -v-

STEFANO MARONI, GMI USA CORP., and
BELOVEFINE, LTD.,

                       Defendants.

UNITED STATES OF AMERICA,

                       Plaintiff-Intervenor,

        -v-

STEFANO MARONI, GMI USA CORP., and
BELOVEFINE, LTD.,

                       Defendants.

---

23 Civ. 2159 (JHR)

**CONSENT JUDGMENT**

     Upon the consent of Timothy J. McInnis, Esq., counsel for relator Devyn Taylor,

("Attorney McInnis") and defendant Stefano Maroni, it is hereby:

     ORDERED, ADJUDGED and DECREED: that Attorney McInnis is awarded judgment

in the amount of $50,000 against Stefano Maroni, as well as post-judgment interest at the rate of

12% per annum, compounded daily; and it is further

     ORDERED, ADJUDGED and DECREED: that in light of the circumstances of this

proceeding, the Court determines in the exercise of its discretion, and in the interests of sound

judicial administration and efficiency, that there is no just reason for delay and directs the entry

of this partial final judgment pursuant to Fed. R. Civ. P. 54(b); and it is further

ORDERED, ADJUDGED and DECREED: that the automatic stay of execution under

Fed. R. Civ. P. 62(a) is dissolved; and Attorney McInnis may immediately execute on the

judgment, and proceedings to enforce it may proceed forthwith; and the Clerk of the Court is

directed to issue an abstract of judgment upon request by Attorney McInnis.

SO STIPULATED AND AGREED TO BY:

TIMOTHY J. MCINNIS, ESQ.

Dated: December 6 , 2024

By: _____
     Timothy J. McInnis
     521 5th Avenue, 17th Floor
     New York, New York 10175
     Tel.: (212) 292-4573
     tmcinnis@mcinnis-law.com

FOR DEFENDANTS:

Dated: December 6, 2024

STEFANO MARONI

Stefano Maroni

Dated: December 6, 2024

LANKLER SIFFERT & WOHL LLP
*Attorneys for Defendant*

By:     Michael Longyear
Michael D. Longyear
Derek Chan
1185 Avenue of the Americas, 31st Floor
New York, New York 10036
Tel.: (212) 921-8399
mlongyear@lswlaw.com
dchan@lswlaw.com

SO ORDERED:

HONORABLE JENNIFER H. REARDEN
UNITED STATES DISTRICT JUDGE

Dated:     December 10, 2024

3